United States District Court
Southern District of Texas
**ENTERED**
July 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ADELA VILLARREAL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:18-CV-93 |
| § | |
| CLIENT SERVICES, INC., § | |
| § | |
| Defendant. § | |

## ORDER

On March 28, 2019, the parties filed a joint stipulation of dismissal with prejudice (Doc. 14).

The Court **ORDERS** that this case be dismissed with prejudice. Costs are to be taxed against the party incurring the same. This is a final and appealable order dismissing all claims made against all parties.

SIGNED this 19th day of July, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge